PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN (126480)
robert.wallan@pillsburylaw.com
LISSETH OCHOA-CHAVARRIA (317130)
lisseth.ochoachavarria@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033

COLIN T. KEMP (215408)
colin.kemp@pillsburylaw.com
MONICA PARRA (330017)
monica.parra@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Attorneys for Plaintiff, APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> STARR SURPLUS LINES INSURANCE COMPANY; NATIONAL FIRE & MARINE INSURANCE COMPANY; GEMINI INSURANCE COMPANY; and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, inclusive, <br><br> Defendants. | Case No. 3:24-cv-03738-RFL <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF APPLE AND DEFENDANTS' JOINT LETTER RE APPLE'S MOTION TO COMPEL RESPONSES TO RFPS SET TWO NOS. 1-10. <br><br> Judge: Hon. Judge Rita F. Lin <br><br> Case Removed: June 21, 2024 <br> Second Amended Complaint Filed: April 21, 2025 |

**[PROPOSED] ORDER**

Having reviewed the Administrative Motion to File Under Seal submitted by Plaintiff Apple Inc., the pleadings and papers on file, and good cause appearing, the Court hereby **GRANTS** the Motion and orders that Apple may file the following under seal:

| Document: | Portions To Be Sealed: |
|---|---|
| Joint Letter re Apple's Motion to Compel Responses to RFPs Set Two Nos. 1-10 | Confidential settlement amounts and limits of liability described on page 3, Section II. A., lines 1, 2, 3, 5, 6, 7 and 9. |

**IT IS SO ORDERED.**

DATED:  November 25, 2025

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge